UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DZHEISON FORD** | **CIVIL ACTION NO. 20-1170** |
| | **SECTION P** |
| **VERSUS** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **TIMOTHY DUCOTE, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons set forth in this Court's ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Dzheison Ford's Petition for Writ of *Habeas Corpus* [Doc. No. 1], is DENIED AND DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 2nd day of November, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE